**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

**05**CR**10223**NMG

)    Criminal No.
)
)
)
v.                                  )
)    21 U.S.C. § 841(a)(1)--
SIR DAWAYNE HICKS                   )    Distribution of
)    Cocaine Base

**INDICTMENT**

**COUNT ONE:**  (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base)

The Grand Jury charges that:

On or about February 18, 2005, at Brockton, in the District

of Massachusetts,

**SIR DAWAYNE HICKS,**

defendant herein, did knowingly and intentionally possess with

intent to distribute, and distribute, a quantity of cocaine base,

also known as "crack cocaine," a Schedule II controlled

substance.

The Grand Jury further charges that the transaction

described herein involved at least 5 grams of a mixture or a

substance containing a detectable amount of cocaine base, also

known as "crack cocaine," a Schedule II controlled substance, in

violation of Title 21, United States Code, Section

841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section

841(a)(1).

**A TRUE BILL**

_Carol Thibodeau_

Foreperson of the Grand Jury

Cynthia W. Lie

Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                    August 24, 2005

Returned into the District Court by the Grand Jurors and filed.

_Thomas F. Quinn_

Deputy Clerk                    8/24/05 @ 2:55 pm

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

05 CR 10223 NMG

**Place of Offense:** Brockton    **Category No.** II    **Investigating Agency** ATF

**City** Brockton    **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SIR DAWAYNE HICKS    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   56 ITICA ROAD BROCKTON, MA

Birth date (Year only): 1975   SSN (last 4 #): 3030   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Cynthia Lie    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes    ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 1

### Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/23/05    Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk) 05 CR 10223NMG

**Name of Defendant**    SIR DAWAYNE HICKS

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 841 | distribution of cocaine base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**