AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **Massachusetts**

## APPEARANCE

Case Number: **05-10223-NMG**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Sir Dawayne Hicks**

Date: **1-06-06**

Signature: *Joseph F. Krowski Jr.*

Print Name: **Joseph F. Krowski Jr.**

Address: **30 Cottage Street**

City: **Brockton**  State: **MA**  Zip Code: **02301**

Phone Number: **508-584-2555**