## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                   **CRIMINAL NO.** 05 CR 10223

Sir Dawayne Hicks

## NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, Sir Dawayne Hicks

☑ **states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).**

☐ **waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B). Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.**

**If no election is made, automatic discovery will be conducted pursuant to the Local Rules.\***

1·11·06
**Date**

_Joseph F. Krowski Jr._
**Attorney for the Defendant**

**\*PARTIES SHALL MEET PRIOR TO THE INITIAL STATUS CONFERENCE IN ORDER TO RESPOND TO THE INQUIRIES OF THE INITIAL STATUS CONFERENCE QUESTIONAIRE.**