AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Sir Dawayne Hicks

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10223 NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Sir Dawayne Hicks_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Distribution of cocaine base

in violation of Title _21_ United States Code, Section(s) _841(a)(1)_

Name of Issuing Officer: Catherine A. Pawlik

Signature of Issuing Officer

Title of Issuing Officer: Supervisor

Date and Location: 08-24-2005   Boston, MA

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _District of MA - Boston_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/24/2005 | DUSM Chris McEnaney | /s/ |
| DATE OF ARREST 01/06/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.