UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. |
| ) | |
| ) | 05-CR-10223 NMG |
| V. ) | |
| ) | 21 U.S.C. § 841(a)(1)-- |
| SIR DAWAYNE HICKS ) | Distribution of |
| ) | Cocaine Base |

**JOINT STATUS REPORT**

In accordance with LR 116.5(A), the parties hereby jointly file the following status report in this matter.

1. Local Rule 116.3 Timing Requirements

At this time the parties are not seeking relief from the timing requirements imposed by L.R. 116.3.

2. Expert Discovery

Should the case proceed to trial, the government expects to call an expert witness as to the cocaine base and will provide defense with these materials 21 days prior to trial. Defendant will provide any expert materials 7 days before trial.

3. Additional Discovery

All Rule 16 and automatic discovery materials have been provided to defendant's counsel or made available for counsel's review.

4. Motion Date

The parties request that this date be discussed at the

1

initial status conference.

    5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

    1/11/06-2/8/06     Automatic discovery

    2/9/06-10/10/05    19 days counted

The parties are requesting that the time between the filing of this status report and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations in the interests of justice to allow the parties to discuss the possibility of a resolution of this case without trial.

As of the Final Status Conference, 19 days will have been counted and 51 days will remain under the Speedy Trial Act.

    6. <u>Anticipated Trial</u>

At this time, the parties cannot say yet whether a trial is anticipated.

    7. <u>Final Status Conference</u>

The parties request that an interim status conference date be determined at the initial status conference to determine a time convenient for all parties and the Court.

```
                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                UNITED STATES ATTORNEY


                                By:  /s/ Cynthia W. Lie
                                CYNTHIA W. LIE
                                Assistant U.S. Attorney
                                One Courthouse Way
                                Boston, MA
                                (617) 748-3183

Dated: March 1, 2006


                                _____
                                By: /s/ Joseph F. Krowski, Jr.
                                30 Cottage Street
                                Brockton, MA 02301
Dated: March 1, 2006
```