```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

                              DOCKET NO: 1:05-CR-10223-NMG
_____
                      )
UNITED STATES         )
                      )
v.                    )
                      )
SIR DAWAYNE HICKS     )
_____)
```

**MOTION TO CONTINUE MAY 3, 2006, FINAL STATUS CONFERENCE
TO MAY 30, 2006, AT 2:30 P.M. (ASSENTED TO)**

The Defendant, Sir Dawayne Hicks, moves the court, through counsel, to continue the May 3, 2006, final status conference to May 30, 2006, at 2:30 p.m.

As reasons therefore:

1. Counsel for the Defendant, Joseph F. Krowski, Jr., Esquire, is empanelled in a twelve person jury trial in Brockton Superior Court before Judge Charles M. Grabau in the matter of Commonwealth v. Aaron Heywood.

2. Counsel for the Defendant will be out of state between May 14th and May 24th on pre-planned pre-paid travel.

3. Counsel has discussed the matter with AUSA Christopher Bator who assented to the continuance.

                              By his Attorney,


                              /s/Joseph F. Krowski, Jr., Esquire
                              JOSEPH F. KROWSKI, JR., ESQUIRE
                              30 Cottage Street
                              Brockton, MA 02301
                              (508) 584-2555
                              BBO: 640902

Dated: May 2, 2006