UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Criminal No. 05-CR-10223 |
| ) | (NMG) |
| v. ) | |
| ) | |
| **SIR DAWAYNE HICKS** ) | |

**JOINT MOTION TO EXCLUDE TIME FROM May 31, 2006, STATUS CONFERENCE UNTIL NEXT COURT DATE**

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Suzanne M. Sullivan, Assistant U.S. Attorney, on behalf of Christopher Bator, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from the date of the final status conference on May 31, 2006, to the next court date.

Discovery has been provided to counsel for the defendant. The parties have initiated a discussion relative to a possible disposition of this case. At today's conference, both parties requested that the case be sent up to the District Court. Further, defense counsel assented to this exclusion of time in

open court today.

Therefore, the parties respectfully request that the Court grant this Motion for an Order of excludable delay.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                     United States Attorney

                                     By: /s/ Suzanne M. Sullivan
                                     SUZANNE M. SULLIVAN
                                     Assistant U.S. Attorney
                                     For Christopher Bator
                                     Assistant U.S. Attorney

Dated: May 31, 2006