UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. _05-CR-10223-NMG_

UNITED STATES OF AMERICA

v.

_Sir Dawayne Hicks_

REPORT & ORDER ON
_FINAL_ ~~INITIAL~~ STATUS CONFERENCE

ALEXANDER, M.J.

On _5-31-06_, parties appeared before this Court for an ~~Initial~~ _Final_ Status Conference. With regard to the following issues, the parties have represented that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys _Discovery is complete_

2. Features of case that deserve special attention or modification of the standard schedule _none_

3. Anticipated supplemental discovery _none anticipated at this time_

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C) _Govt to provide 21 days prior to trial notice of expert. Defendant to provide to govt. 14 days prior to trial notice of expert_

5. Applicable periods of excludable delay under Speedy Trial Act _Parties agree to exclude time from today to next court date._

6. Trial is /(is not) anticipated. Estimated duration of trial _However, if case goes to trial, length is expected to be 4-5 days._

7. Other matters _____

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12(c) has / has not been established. ~~The motion date is set for~~ _AS COUNSEL DOES NOT ANTICIPATE FILING DISPOSITIVE MOTIONS_  JEP

An Interim Status Conference has / has not been scheduled. The Interim Status Conference will be held at _____ on _____ in _____ courtroom.

A Final Status Conference will be held at _____ on _____ in _____ courtroom.

Pursuant to LR 116.5(C), parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.

Additional Orders:

Parties shall meet prior to the Initial Status Conference in order to respond to the above stated inquiries.

By the Court,

Date _5/31/06_

_Garrett Jowell_
Deputy Clerk