UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-CR-10223-NMG |
| | ) | |
| **SIR DWAYNE HICKS** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the above-captioned matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: */s/ Glenn A. MacKinlay*
    GLENN A. MACKINLAY
    Assistant U.S. Attorney
    United States Attorney's Office
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    (617) 748-3215

Dated: February 15, 2007