```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
       Plaintiff,             )
                              )
       vs.                    )Docket No:1:005-cr-10223-NMG
                              )
SIR DAWAYNE HICKS             )
                              )
       Defendant,             )
```

DEFENDANT'S ASSENTED TO MOTION TO EXCLUDE THE
TIME FROM MARCH 29, 2007 UNTIL MAY 23, 2007

The defendant, Sir Dawayne Hicks, moves this court pursuant to 18 U.S.C. § 3161(h) to exclude the time from the date of March 29, 2007, until the Rule 11 plea hearing scheduled to be held on May, 23, 2007 from the calculation under the Speedy Trial Act.  As reasons therefore the defendant asserts the following:

1.  The Office of the United States Attorney has assented to the motion.

2.  It is in the interests of justice to allow the motion.

By his attorney,

/s/ Joseph F. Krowski Jr.
JOSEPH F. KROWSKI JR.
30 Cottage Street
Brockton, MA. 02301
508-584-2555

Dated:  March 30, 2007

<u>CERTIFICATE OF SERVICE</u>

I, Joseph F. Krowski Jr., do hereby certify that on this 30th day of March, 2007, I served a copy of the Motion to Exclude the Time (By electronic filing and mail) upon: The Office of the United States Attorney.

<u>/s/ Joseph F. Krowski Jr.</u>
Joseph F. Krowski Jr.