UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 841(a)(1)- |
| **SIR DWAYNE HICKS,** | ) | Distribution of Cocaine Base |
| | ) | |
| **Defendant.** | ) | |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b), that defendant, Sir Dwayne Hicks notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that Hicks be awarded a three-point reduction for acceptance of responsibility.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                              By:
                                              <u>S/ Glenn A. MacKinlay</u>
                                              GLENN A. MACKINLAY
                                              Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by efiling:

        Joseph F. Krowski, Jr.
        Law Offices of Joseph F. Krowski
        30 Cottage Street
        Brockton, MA 02301

This 27th day of June, 2007.

        S/ Glenn A. MacKinlay
        Glenn A. MacKinlay
        ASSISTANT UNITED STATES ATTORNEY