Date: _4·10·08_

Hon. _N. M Gorton_
c/o _____
Deputy Clerk
United States District Court

Dear _Hon. Judge N. M. Gorton_

    I was sentenced by Judge _N.M. Gorton_ on _Oct. 3, 2007_ based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is _____.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                                              Sincerely,

Name: _Sir Dawayne Hicks Reg# 22770-038_
Address: _United States Penitentiary McCreary_
_P.O. Box 3000_
_Pine Knot, Kentucky 42635_

Telephone: _____



"Notary Public"
Douglas Reagan
State at Large, Kentucky
My Commission Expires on 07-02-20__