UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No:1:005-cr-10223-NMG

UNITED STATES OF AMERICA

vs.

SIR DWAYNE HICKS

## THE DEFENDANT'S PRO-SE MOTION FOR APPOINTMENT OF COUNSEL TO LITIGATE A MOTION FOR A REDUCTION OF SENTENCE

The defendant, Sir Dawayne Hicks, moves this court pursuant to 18 U.S.C. § 3582 to appoint him counsel for the purposes of filing and litigating a Motion for a Reduction of Sentence pursuant to 18 U.S.C. § 3582. As reasons therefore, the defendant asserts the following:

1. I am eligible for a reduction of sentence pursuant to U.S.S.G. §1B1.10.
2. I am presently serving a sentence on the above captioned matter.
3. I am indigent without funds to pay for a lawyer.
4. I need a lawyer to litigate a motion for the requested relief.

By the defendant pro-se

*Sir Dawayne Hicks*
Sir Dawayne Hicks

Dated: April 10, 2008

"Notary Public"
Douglas Reagan
State at Large, Kentucky
My Commission Expires on 07-02-20..

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No:1:005-cr-10223-NMG

UNITED STATES OF AMERICA

vs.

SIR DWAYNE HICKS

AFFIDAVIT OF DEFENDANT

I, Sir Dwayne Hicks, do hereby state and depose the following:

1. I am the defendant in the above captioned case.

2. I am presently incarcerated and serving a sentence.

3. I pled guilty to an offense involving crack cocaine.

4. I am eligible for a sentence reduction.

5. I am completely indigent.

6. I need a lawyer to file and litigate the motion.

Signed under the pains and penalties of perjury.

_Sir Dwayne Hicks_   4.10.08
Sir Dwayne Hicks      Date

"Notary Public"
Douglas Reagan
State at Large, Kentucky
My Commission Expires on 07-03-2011

2