## ATTORNEY ASSIGNMENT REQUEST

Defendant: Dawayne Hicks

Case & Defendant Number: 05cr10223-001

Date of Appointment: _____

Appointed by: _____

Attorney Withdrawn: _____

Date of Withdrawal: _____

Reason for Withdrawal: _____

Number of Counts: 1

Charge(s) and Cite(s): 21: 841 (a)(1) Distribution of Cocaine base

Indictment ✓    Information ____    Probation Revocation ____

Number of Defendants: _____

Judge Code: 0726

Special Instructions: Possible crack reduction

_____
Deputy Clerk

Dated 5/22/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd